UNITED STATES of America, Plaintiff–Appellee,

v.

Rosa Maria ARMAS, Defendant–Appellant.

No. 99–30365.

D.C. No. CR–99–031–E–BLW.

United States Court of Appeals, Ninth Circuit.

---

Submitted April 3, 2001.*

Decided April 20, 2001.

Before THOMPSON, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM **

Rosa Maria Armas appeals her sentence of 151 months for a conviction of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The crime to which Armas pled guilty carries a mandatory sentence of ten years to life. 21 U.S.C. § 841(b)(1)(A). Armas received a two-point enhancement at sentencing because her co-conspirators possessed firearms during a drug transaction and the district court concluded "that it was reasonably foreseeable to a person in [her] position that firearms would be possessed and used in conjunction with the drug trafficking activities in question." *See* U.S.S.G. §§ 2D1.1(b)(1) and 1B1.3.

Armas asserts that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), requires that the weapons enhancement be submitted to a jury and proven beyond a reasonable doubt. *Apprendi* does not apply here because its holding is limited to sentencing enhancements that increase the statutory maximum sentence to which the defendant is exposed. *See United States v. Garcia–Sanchez,* 238 F.3d 1200, 1201 (9th Cir. 2001) (holding that *Apprendi* does not apply to an enhancement which resulted in a sentence one month greater than the statutory minimum and almost ten years below the statutory maximum). Armas's sentence of 151 months falls within the sentencing range prescribed by statute (10 years to life). Accordingly, the district court did not err in applying the two-point

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

enhancement recommended by the presentence report.

AFFIRMED.

---

\* William S. Halter, is substituted for his predecessor, Kenneth S. Apfel, as Commissioner of the Social Security Administration.

\*\* The Honorable Glenn L. Archer, Jr., Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.